ORIGINAL

**FILED**

04/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0205

# IN THE SUPREME OF THE STATE OF MONTANA
Supreme Court Cause No. **DA 22-0205**

---

STATE OF MONTANA,

    Plaintiff and Appellee

    v.

MICHAEL ANTHONY GOMEZ,

    Defendant and Appellant.

ORDER

**FILED**

APR 2 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

Notice of appeal was filed in this matter on April 22, 2022. Brent Flowers and Greg Beebe, counsel for Appellant Michael Anthony Gomez, have filed a motion for an order allowing them to withdraw as Gomez's counsel and appointing the Office of the Appellate Defender (OAD) to represent Gomez.

IT IS ORDERED that Brent Flowers's and Greg Beebe's Motion to Withdraw is GRANTED.

IT IS FURTHER ORDERED that Flowers's and Beebe's motion for appointment of OAD to represent Gomez is GRANTED.

OAD shall have 30 days from the date of this Order within which to file either a notice of appearance or a motion to rescind this Order appointing counsel. In the event Gomez qualifies for appointed counsel, OAD shall immediately order any necessary transcripts not already ordered.

The Clerk is directed to provide copies of this Order to Brent Flowers and Greg Beebe, the Office of the Appellate Defender, the Attorney General's office, and Michael Anthony Gomez personally.

Dated this 22nd day of April, 2022.

For the Court,

By _____
                    Chief Justice